USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                 :
DAVID MILLER, TRUSTEE OF THE        :
MILLER PROTECTIVE TRUST UA
02/13/19,                                          :
                                                                 :                1:24-cv-8792-GHW
                                      Plaintiff,     :
                                                                 :                     <u>ORDER</u>
                         -against-                    :
                                                                 :
PRESSURE BIOSCIENCES, INC.,            :
                                                                 :
                                      Defendant.    :
                                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        This action was removed from the Supreme Court of the State of New York, County of New York, on November 20, 2024. Dkt. No. 4. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 4, 2024. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

        SO ORDERED.

Dated: November 25, 2024

                                                                                GREGORY H. WOODS
                                                                         United States District Judge