UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2025

-------------------------------------------------------------- X
                                      :

DAVID MILLER, TRUSTEE OF THE    :
MILLER PROTECTIVE TRUST UA     :
02/13/19,                                :

                         :

                  Plaintiff,   :

                         :

         -against-        :

                         :

PRESSURE BIOSCIENCES, INC.,    :

                         :

                  Defendant.  :

                         :
-------------------------------------------------------------- X

1:24-cv-8792-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated January 10, 2025, Dkt. No. 11, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than March 4, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's January 10, 2025 order forthwith and in any event no later than March 7, 2025.

      Additionally, the Court's order dated January 26, 2025, Dkt. No. 13 directed Plaintiff to file a complaint in this matter by no later than February 28, 2025. The docket does not indicate that a complaint was filed. Plaintiff is directed to comply with the Court's January 26, 2025 order forthwith and in any event no later than March 7, 2025.

      SO ORDERED.

Dated: March 6, 2025
      New York, New York

                                    _____
                                       GREGORY N. WOODS
                                 United States District Judge