Outstanding Loans
David Miller & Related Parties
9/12/23

| | Lender | Cash-In ($) | Accrued Monthly Fee ($) | Amount Owed ($) | Initial Loan Date | Maturity Date | Initial Monthly Payment ($) | Interest Payments to Date ($) | Principal Payments to Date ($) | Current Amount Owed ($) | Initial Shares Awarded | New Maturity Date (Six Mon) | 6 Mon Ext Fee / Penalty Shares | Prior Period Paid/Unpaid Penalty | Default Cash $/Mon After 2 Months* | Default Shares/Mon After 2 Months** | Re'qd Paydown |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | | | | | | | | | | |
| | Harllan Holdings | 250,000 | 0 | 250,000 | 9/15/21 | 9/15/23 | 15,000 | 330,000 | - | 250,000 | 150,000 | 3/13/24 | 250,000 | $ 35,000 | $ - | - | $ - |
| | Miller Trust | 350,000 | 25,000 | 500,000 | 3/13/23 | 9/13/23 | none | none | - | 500,000 | 300,000 | 3/11/24 | 1,000,000 | | $ 25,000 | 100,000 | $ 50,000 |
| | Miller Trust | 300,000 | | | 3/24/23 | 9/25/23 | none | none | - | | | | | | | | |
| | | 50,000 | 25,000 | 500,000 | 4/10/23 | 10/10/23 | none | none | - | 500,000 | 300,000 | 4/7/24 | 1,000,000 | | $ 25,000 | 100,000 | $ 50,000 |
| | DJM Group | 100,000 | 10,000 | 160,000 | 2/22/23 | 8/22/23 | none | none | - | 160,000 | 39,900 | 3/28/24 | 200,000 | $ - | | 25,000 | $ - |
| | A. Leidsohn | 200,000 | 20,000 | 260,000 | 5/1/2023 (a) | 8/1/23 | none | none | - | 260,000 | 250,000 | 3/28/24 | 400,000 | | $ - | 50,000 | $ 50,000 |
| | Vision Capital | 300,000 | | 300,000 | 1/12/23 | 9/12/23 | 30,000 | $150K (b) | 100K (c) | 240,000 | 20K/month | 3/10/24 | 400,000 | | $ - | 50,000 | $ - |
| | Vision Capital | 100,000 | | 100,000 | 5/23/23 | 9/23/23 | 10,000 | none | | 130,000 | 10K/month | 3/21/24 | 200,000 | | $ - | 25,000 | $ - |

(a) was agreed to be six months, but written as three months with promise to automatically extend.
(b) 2/8 ($30K); 3/14 (30K); 4/12 ($30K); 5/23 ($30K); 6/30 ($30K)
(c) 6/30 ($100K)
(d) loan principal reduced to $200K on 6/30. Monthly payments reduced to $20K.
(e) 750,000 extension fee shares on 5/12/23 for 4 months

| | | | | |
|---|---|---|---|---|
| **Previous** | Harllan Holdings | $ 400,000 | Converted into 160,000 shares and warrants - Series AA @ $2.50 | |
| | Harllan Holdings | $ 400,000 | Converted into 160,00 shares of common stock @ $2.50 | |