**CONFIDENTIAL**

**TERM SHEET**
**Four (4) Month Fixed Rate (10%) Convertible Loan**

| | |
|---|---|
| Lender: | Vision Capital NY |
| Loan Amount (Principal): | $100,000 |
| Interest: | 10% per Month ($10,000) |
| Closing Date: | May 23, 2023 |
| Stock Kicker: | 10,000 per month |
| Use-of-Funds (Primary): | Finish manufacture of BaroShear UST machines; marketing |
| Due Dates (Interest): | Jube 23, July 23, Aug 23, Sept 23, 2023 |
| Maturity Date (Principal): | Four Months from Closing Date |
| Due Date (Principal): | September 23, 2023 |
| Grace Period (GP) - Interest: | 3 Business Days |
| Penalty after GP - Interest: | $500/week: starts on Day 1 post-GP. |
| Grace Period - Principal: | 6 Business Days |
| Penalty after GP - Principal: | $1,000/week: starts on Day 1 post-GP. |
| Default: | If loan remains unpaid at end of GP, PBIO is in default |
| Security: | 250,000 shares of PBIO held in reserve at transfer agent |
| Voluntary Conversion: | At lower of (i) $2.50/share, or (ii) purchase price of stock sold by PBI at a price lower than $2.50/share. |
| Pre-payment of Loan: | Allowed. If loan is pre-paid, interest and stock will be paid on a pro-rated basis, based on the number of days loan was outstanding during that current one-month period. |

ACCEPTED BY

_____   5-23-23
Larry Stern                 Date
Accredited Investor

_____   5/23/23
Richard T. Schumacher       Date
President & CEO

May 23, 2022. $100K Note - Vision



Pressure BioSciences, Inc.
14 Norfolk Avenue, South Easton, MA 02375
TEL 508-230-1828 • FAX 508-230-1829
www.pressurebiosciences.com