**CONFIDENTIAL**

## TERM SHEET

### Six Month Fixed Rate Convertible Loan

| | |
|---|---|
| Loan Principal: | $500,000 |
| Closing Date: | Tuesday, January 5, 2021 |
| Maturity Date: | July 6, 2021 (principal and last interest payment due) |
| Origination Fee: | 2.5% per month, paid in six monthly installments |
| Interest: | 1.5% per month, paid monthly |
| Due Diligence Fee: | $30,000 (paid over six months) |
| Legal Fee: | $30,000 (paid over six months) |
| Kicker: | 5,000 shares of PBIO restricted common stock/month |
| Pre-Payment Penalty: | $30K 1st 30 days; $20K 31-60 days; None Thereafter |
| Due Dates (Interest): | February 5, March 5, April 5, May 5, June 7, and July 6 |
| Grace Period (Interest): | 5 Business Days |
| Penalty after 1st Missed GP: | Penalty of 1.5%/month plus add'l 2,500 shares/month |
| Penalty After 2nd Missed GP: | Penalty of 3%/month plus add'l 5,000 shares/month |
| Due Date (Principal): | Six months from Closing Date (COB July 5, 2021) |
| Grace Period (Principal): | 10 Business Days |
| Penalty after GP (Principal): | If loan not repaid by end of 10-day GP, PBIO is in Default |
| Default: | If loan unpaid at end of 10-day GP, PBIO is in Default |
| Security: | 3 million PBIO Shares in Escrow at Computershare |
| Note Conversion: | Before Maturity Date, Voluntary at $2.50/share |

ACCEPTED BY

_[signature]_  1.5.21
Harllon Holdings         Date
David Miller

_[signature]_  1/4/21
Richard T. Schumacher    Date
President & CEO
Pressure BioSciences, Inc.

**PBI**  Pressure BioSciences, Inc.
14 Norfolk Avenue, South Easton, MA 02375
TEL 508-230-1828 • FAX 508-230-1829
www.pressurebiosciences.com