## CONFIDENTIAL

### PROMISSORY NOTE
### Six Month Fixed Rate (12%) Convertible Loan

| | |
|---|---|
| Loan Amount (Principal): | $250,000 |
| Interest: | 1.5% per month, paid monthly on Principal ($3,750) |
| Origination Fee: | 2.5% per month, paid monthly on Principal ($6,250) |
| Legal Fee: | $15,000 (paid over six months @ $2,500/month) |
| Due Diligence Fee: | $15,000 (paid over six months @ $2,500/month) |
| Loan Close Date: | September 15, 2021 |
| Due Date (Principal): | March 15, 2022 |
| Due Dates (Interest): | Monthly (Oct '21 – March '22) on 15th day of each month. |
| Maturity Date: | March 15, 2022 (principal & last fee payments due) |
| Extension of Maturity Date: | 3 additional months @ PBI's option; monthly fees remain |
| Grace Period (GP) - Interest: | 3 Business Days |
| Penalty after GP - interest: | $1,000/week, starts on Day 1 post-GP. |
| Grace Period (Principal): | 5 Business Days |
| Penalty after GP - Principal: | $2,000/week, starts on Day 1 post-GP. |
| Default: | If loan unpaid at end of 5-day GP, PBIO is in Default |
| Security: | 250,000 PBIO Shares Held in Escrow at Computershare |
| Voluntary Conversion: | Before Maturity Date, at $2.50/share |
| Mandatory Conversion: | On Up-list - at lower of $2.50 or up-list price. |

ACCEPTED BY

David Miller  Harllon Holdings LLC    Date   9/15/21

Accredited Investor

Richard T. Schumacher    Date   9/15/21
President & CEO

Sept 15 2021.$250k Note.DMV1

**PBI**

**Pressure BioSciences, Inc.**
14 Norfolk Avenue, South Easton, MA 02375
TEL 508-230-1828 • FAX 508-230-1829
www.pressurebiosciences.com