# NOTE EXTENSION AGREEMENT

This Extension Agreement is entered into on April 24, 2024 between **PRESSURE BIOSCIENCES, INC.** (the "Borrower") and **HARLLON HOLDINGS LLC** (the "Lender").

WHEREAS the Lender is the holder of a Promissory Note dated September 15, 2021 in the original principal amount of Two Hundred Fifty Thousand Dollars ($250,000) executed by Borrower to Lender (the "Note); and

WHEREAS the Note was extended by mutual agreement to March 15, 2022, then to September 15, 2023, then to March 15, 2024; and

WHEREAS there is due and owing under the Note the principal sum of Three Hundred Eighty-Five Thousand Dollars ($385,000) which includes accrued and unpaid interest of $15,000 per month from August 15, 2023 thru April 15, 2024; and

WHEREAS the indebtedness under the Note is due and owing with a Maturity Date of March 24, 2024; and

WHEREAS the Borrower has requested Lender to extend the Maturity Date to September 24, 2024; and

WHEREAS the Lender has agreed and, together with the Borrower, the parties have decided to memorialize their agreement within.

NOW THEREFORE in exchange for the terms set forth below and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties do hereby agree as follows:

(i) The Maturity Date of the Note will now be September 24, 2024.
(ii) Interest/month will remain at $15,000 per month (Pro Rata after a paydown).
(iii) An Extension Fee of 80 PBIO Series BB Preferred Shares (equivalent of 800,000 Common Shares) will be paid to and earned by Lender upon execution of the Note Extension Agreement.
(iv) In the event the $15,000 per month interest is not paid, Borrower agrees to issue 10 PBIO Series BB Preferred Shares (equivalent of 100,000 Common Shares) each month the interest is unpaid.
(v) All other terms and conditions of the Note remain unchanged.

Agreed to:   Richard T. Schumacher            David Miller
             President & CEO, PBIO            Accredited Investor



**PBI**      Pressure BioSciences, Inc.
             480 Neponset St, Unit 10B Canton, MA 02021
             TEL 508-230-1828 • FAX 508-230-1829
             www.pressurebiosciences.com