# Miller Trust Forbearance Agreement

By signature below, the Miller Family Protective Trust, UA 2/13/2019 or its registered assigns (the "Lender") and Pressure BioSciences, Inc. (the "Borrower") hereby agree to enter into a Forbearance Agreement through June 30, 2024 for the two loans known as Miller Trust 1 (March 3, 2023) and Miller Trust 2 (March 24, 2023 and April 10, 2023). Miller Trust 1 was extended on September 19, 2023 to March 19, 2024 and Miller Trust 2 was extended to April 7, 2024. Miller Trust 1 earned $100,000 in additional fees during the extension period, as did Miller Trust 2. There was a required $50,000 pay-down on both the Miller Trust 1 and Miller Trust 2 loans. Total amount due for the Miller Trust 1 loan on March 19, 2024 was $550,000. Total amount due for the Miller Trust 2 loan on April 7, 2024 is $550,000.

Terms of the Forbearance are as follows (final terms are subject to PBIO Board approval):

- April 1st
    - $50K due the Miller Trust to extend the two loans to the end of April 2024.
    - 1.5M shares will be issued the Miller Trust on April 1, 2024, subject to claw-back as follows:
        - 2/3 of shares clawed back if loans are repaid before May 1, 2024.
        - 1/3 of shares clawed back if loans are repaid before June 1, 2024.

- May 1st
    - If loans remain unpaid, $50K will be due the Miller Trust to extend both loans to May 31, 2024.
    - If $50K not paid on May 1, then 1M shares will be issued the Miller Trust.

- June 1st
    - If loans remain unpaid, $50K will be due the Miller Trust to extend both loans to June 30, 2024.
    - If $50K not paid on June 1, then 1M shares to be issued the Miller Trust.

Agreed to by:

_____ March 27, 2024  
David Miller  
Trustee, Miller Family Protective Trust

_____ March 27, 2024  
Richard T. Schumacher  
President, Pressure BioSciences, Inc.