# NOTE EXTENSION AGREEMENT – FINAL2a

This Extension Agreement is entered into on April 24, 2024 between **PRESSURE BIOSCIENCES, INC.** (the "Borrower") and **VISION CAPITAL NY** (the "Lender").

WHEREAS the Lender is the holder of a Promissory Note dated January 12, 2023 in the original principal amount of Three Hundred Thousand Dollars ($300,000) executed by Borrower to Lender (the "Note); and

WHEREAS the Note was reduced by a One Hundred Thousand Dollar ($100,000) paydown by the Borrower on June 30, 2023;

WHEREAS there is due and owing under the Note the principal sum of Three Hundred Eighty Thousand Dollars ($380,000) which includes accrued and unpaid interest/ of $20,000 per month from July 12, 2023 thru March 18, 2024; and

WHEREAS the indebtedness under the Note is due and owing with a Maturity Date of September 12, 2023, then March 18, 2024; and

WHEREAS the Borrower requested Lender to extend the Maturity Date to September 24, 2024, and

WHEREAS the Lender has agreed and, together with the Borrower, the parties have decided to memorialize their agreement within.

NOW THEREFORE in exchange for the terms set forth below and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties do hereby agree as follows:

(i) The Maturity Date of the Note will now be September 24, 2024.
(ii) Interest will remain at $20,000 per month (Pro Rata after a paydown).
(iii) Stock Kicker per month will remain at 13,334 shares (Pro Rata after a paydown).
(iv) An Extension Fee of 10 PBIO Series BB Preferred Shares (equivalent of 100,000 Common Shares) will be paid to and earned by the Lender upon execution of the Note Extension Agreement.
(v) A one-time penalty of 40 Series BB shares will be paid by PBIO to the Lender for prior late payments on this loan.
(vi) A penalty of 5 PBIO Series BB Preferred Shares (equivalent of 50,000 Common Shares) will be paid to Lender monthly (due for July 25-Aug 24 & Aug 25-Sept. 24, 2024) if the Note is not repaid by July 24, 2024. (Pro Rata after a paydown.)
(vii) All other terms and conditions of the Note remain unchanged.

Agreed to:   Richard T. Schumacher        Larry Stern
             President & CEO, PBIO         Vision, Accredited Investor

*PBI*

Pressure BioSciences, Inc.
480 Neponset St, Unit 10B Canton, MA 02021
TEL 508-230-1828 • FAX 508-230-1829
www.pressurebiosciences.com