# NOTE EXTENSION AGREEMENT

This Extension Agreement is entered into on April 24, 2024 between **PRESSURE BIOSCIENCES, INC.** (the "Borrower") and **DJM GROUP** (the "Lender").

WHEREAS the Lender is the holder of a Promissory Note dated February 24, 2023 in the original principal amount of One Hundred Thousand Dollars ($100,000) executed by Borrower to Lender (the "Note); and

WHEREAS there is due and owing under the Note the principal sum of Two Hundred Thirty Thousand Dollars ($230,000) which includes accrued and unpaid interest/OID/legal fees of $10,000 per month from March 22, 2023 thru April 18, 2024; and

WHEREAS the indebtedness under the Note is due and owing with an original Maturity Date of August 24, 2023 then March 24, 2024; and

WHEREAS the Borrower has requested Lender to extend the Maturity Date to September 24, 2024, and

WHEREAS the Lender has agreed and, together with the Borrower, the parties have decided to memorialize their agreement within.

NOW THEREFORE in exchange for the terms set forth below and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties do hereby agree as follows:

(i) The Maturity Date of the Note will now be September 24, 2024.
(ii) Interest/OID/Legal fees per month will remain at 10,000 per month (Pro Rata after a paydown).
(i) Stock Kicker per month will remain at 6,650 shares (Pro Rata after a paydown).
(ii) An Extension Fee of 25 PBIO Series BB Preferred Shares (equivalent of 250,000 Common Shares) will be paid to and earned by Lender upon execution of the Notes Extension Agreement.
(iii) A penalty of 2.5 PBIO Series BB Preferred Shares (equivalent of 25,000 Common Shares) will be paid to Lender monthly if the Note is not repaid by July 24, 2024. (Pro Rata after a paydown.)
(iv) All other terms and conditions of the Note remain unchanged.

Agreed to:   Richard T. Schumacher            Dillon Miller
             President & CEO, PBIO            Accredited Investor



Pressure BioSciences, Inc.
480 Neponset St, Unit 10B Canton, MA 02021
TEL 508-230-1828 • FAX 508-230-1829
www.pressurebiosciences.com