**CONFIDENTIAL**

**TERM SHEET**
**Three (3) Month Fixed Rate (10%) Convertible Loan**

| | |
|---|---|
| Lender: | Arlene Leidsohn |
| Loan Amount (Principal): | $200,000 |
| Interest: | 5% per Month ($10,000) – Accrued to Maturity Date. |
| Original Issue Discount: | 2.5% ($5,000). Added to Monthly Accrual Payment. |
| Legal and Due Diligence Fee: | 2.5% ($5,000). Added to Monthly Accrual Payment. |
| Stock Kicker: | 25 Series BB Preferred Shares – restricted under Rule 144. Shares of Preferred Stock are earned immediately. |
| Closing Date: | May 1, 2023 |
| Use-of-Funds (Primary): | Finish manufacture of BaroShear UST machines; marketing. |
| Maturity Date (Principal): | August 1, 2023 |
| Grace Period - Principal: | 6 Business Days |
| Penalty after GP - Principal: | $1,000/week: starts on Day 1 post-GP. |
| Default: | If loan remains unpaid at end of GP, PBIO is in default. |
| Voluntary Conversion: | At lower of (i) $2.50/share, or (ii) purchase price of stock sold by PBI at a price lower than $2.50/share. |
| Pre-payment of Loan: | If loan is pre-paid, accrued payment due up to the Pre-payment Date. No payment due after the date of Pre-Payment. |
| Security: | 1,000,000 shares of PBIO held in reserve at transfer agent. |

ACCEPTED BY

_____    5/2/23
Arlene Leidsohn                Date
Accredited Investor

_____    5/3/23
Richard T. Schumacher         Date
President & CEO

May 1, 2023 $200K Note – Arlene L.



Pressure BioSciences, Inc.
14 Norfolk Avenue, South Easton, MA 02375
TEL 508-230-1828 • FAX 508-230-1829
www.pressurebiosciences.com