UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Index No.: 24-cv-8792-GHW

DAVID MILLER as TRUSTEE OF THE
MILLER PROTECTIVE TRUST UA
02/13/2019, and DAVID MILLER FBO
HARLLON HOLDINGS LLC, and
DAVID MILLER FBO VISION CAPITAL NY,
Inc., and DILLON MILLER FBO the DJM
GROUP INC., and ARLENE LEIBSOHN,

                      Plaintiffs,   **NOTICE OF VOLUNTARY**
                         **DISMISSAL PURSUANT TO**
   -against-   **F.R.C.P. 41(a)(1)(A)(i)**

PRESSURE BIOSCIENCES, INC.,
RICHARD SCHUMACHER,
GARDEN STATE INVESTMENT
ADVISORY SERVICES LLC, and
GARDEN STATE SECURITIES, INC.,

                      Defendants.
-----------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs David Miller as trustee fbo the Miller Protective Trust UA 2/13/2019, David Miller as agent fbo Harllon Holdings LLC, David Miller as agent fbo Vision Capital NY, Inc., Dillon Miller as agent fbo DJM Group Inc., and Mrs. Arlene Leibsohn through their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against defendants Garden State Investment Advisory Services LLC and Garden State Securities Inc.

July 21, 2025

/RDV/
Richard DeVita, Esq.
SDNY Id # RD2190

**Gusrae Kaplan & Nusbaum PLLC**
120 Wall Street
New York, New York 10005
201-803-2903
rdevita@gusraekaplan.com