UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

DAVID MILLER, *et al.*,

                      Plaintiffs,

          -v-

PRESSURE BIOSCIENCES, INC., *et al.*,

                   Defendants.

--------------------------------------------------------------------- X

<div style="float:right">

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2026

1:24-cv-8792-GHW

ORDER

</div>

GREGORY H. WOODS, United States District Judge:

On March 4, 2026, Defendants' counsel filed a motion to withdraw. Dkt. No. 56. On March 5, 2026, the Court scheduled a teleconference for March 10, 2026 at 3:00 p.m. to discuss the motion to withdraw. Dkt. No. 57. In addition to the parties' counsel, Defendant Richard Schumacher and a representative of Defendant Pressure BioSciences, Inc. are ordered to personally attend the teleconference.

      SO ORDERED.

Dated: March 9, 2026
       New York, New York

                                    _____
                                    GREGORY H. WOODS
                             United States District Judge