USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

DAVID MILLER, TRUSTEE OF THE MILLER PROTECTIVE TRUST UA 02/13/19, *et al.*,

Plaintiffs,

-v-

PRESSURE BIOSCIENCES, INC., *et al.*,

Defendants.

---------------------------------------------------------------- X

1:24-cv-8792-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

During the April 21, 2026 status conference in this matter, the parties reached a settlement and placed the terms of their settlement on the record. The Court understood that a stipulation of settlement and dismissal would be filed thereafter. If no stipulation of settlement and dismissal is filed by July 24, 2026, the parties are directed to file a joint status letter by that date.

SO ORDERED.

Dated: July 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge