USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MILLER, TRUSTEE OF THE MILLER PROTECTIVE TRUST UA 02/13/19, *et al.*,

Plaintiffs,

-v-

PRESSURE BIOSCIENCES, INC., *et al.*,

Defendants.

1:24cv-8792-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 24, 2026, Plaintiffs filed a "Notice of Settlement and Dismissal Pursuant to F.R.C.P. 41(a)(2)," signed by Plaintiffs' counsel, in response to the Court's order directing the parties to file either a stipulation of dismissal or a joint status letter by July 24, 2026. Dkt. Nos. 62–63. Plaintiffs' proposed order does not comply with Rule 1(F) of the Court's Individual Rules of Practice in Civil Cases, which requires the parties, immediately after filing any proposed order or stipulation, to submit a joint letter to the Court in accordance with Rule 1(F). No joint letter was filed. Accordingly, the Court declines to act on the proposed order at this time. Alternatively, the parties may dismiss the action without a court order by filing a stipulation of dismissal signed by all parties under Rule 41(a)(1)(A)(ii). By July 29, 2026, the parties are directed to file either a request for dismissal under Rule 41(a)(2) that complies with the Court's Individual Rules of Practice in Civil Cases, a stipulation of dismissal that complies with Rule 41(a)(1)(A)(ii), or a joint status letter.

SO ORDERED.

Dated: July 27, 2026
New York, New York

GREGORY H. WOODS
United States District Judge